NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ALAN ROBERT HOWARD,                )
                                   )
          Appellant,               )
                                   )
v.                                 )          Case No. 2D18-722
                                   )
STATE OF FLORIDA,                  )
                                   )
          Appellee.                )
_____ )


Opinion filed July 3, 2019.

Appeal from the Circuit Court for Pinellas
County; Frank Quesada, Judge.

Howard L. Dimmig, II, Public Defender,
and Pamela H. Izakowitz, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Donna S. Koch,
Assistant Attorney General, Tampa,
for Appellee.


PER CURIAM.


          Affirmed.


NORTHCUTT, LaROSE, and SMITH, JJ., Concur.